No. 880. CHARLES GLEN COLLINS *v.* VICTOR LOISEL, UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF LOUISIANA. Appeal from the District Court of the United States for the Eastern District of Louisiana. Argued May 4, 1923. Decided May 4, 1923. *Per Curiam.* Judgment affirmed with costs, and mandate ordered to issue forthwith. *Mr. J. Zach Spearing* for appellant. *Mr. Robert H. Marr* appeared for appellee. [See *ante,* 426.]

No. 665. LAURA LYON *v.* CHARLES B. LOHMILLER, AS SUPERINTENDENT AND DISBURSING AGENT, ETC. Appeal from the District Court of the United States for the District of Nebraska. Motion to dismiss or affirm submitted April 30, 1923. Decided May 7, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137; *Pennsylvania Hospital* v. *Philadelphia,* 245 U. S. 20, 24. (2) *Anchor Oil Co.* v. *Gray,* 256 U. S. 519, 522; *Blanset* v. *Cardin,* 256 U. S. 319. *Mr. Charles J. Kappler* and *Mr. Hiram Chase* for appellant. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Riter* and *Mr. H. L. Underwood* for appellee.